UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00506-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  RUMALDO ALVAREZ-BERNABE a/k/a Prudencio Aguilar-Lopez,

    Defendant.

---

## ORDER

---

This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Friday, January, 8, 2010,** and responses to these motions shall be filed by **Friday, January 15, 2010.**  It is

FURTHER ORDERED that a hearing on all pending motions, if any, and final trial preparation conference is set for **Tuesday, January 26, 2010, at 3:00 p.m. in courtroom A-1002**  It is

FURTHER ORDERED that a 3-day jury trial is set for **Monday, February 8, 2010, at 9:00 a.m. in courtroom A-1002.**

Dated: December 8, 2009

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge