UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00506-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  RUMALDO ALVAREZ-BERNABE a/k/a Prudencio Aguilar-Lopez,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Due to a conflict with the Court, the Change of Plea hearing set for **Friday, February 5, 2010, at 9:00 a.m.** is **RESET** for **Friday, February 5, 2010, at 3:00 p.m.**

    **Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.** If the documents are not timely submitted, the hearing will be **VACATED**. **There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

    February 1, 2010